THIS 
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS 
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR. 
THE STATE OF SOUTH CAROLINA 
In The Court of Appeals 
 
 
 
 
Creative Communication Services, Inc., Respondent, 
 
 v. 
 
 Travelers Property Casualty Company of America and PAD Able Inc., d/b/a Harold 
 R. Beard Agency, Defendants, 
 
 Of whom, Travelers Property Casualty Company of America, is the Appellant. 
Appellate Case No. 2009-124486 
 
 
 
 
 
Appeal From Richland County 
Alison Renee Lee, Circuit Court Judge 
 
Unpublished Opinion No. 2012-UP-317 
Heard May 7, 2012 – Filed May 23, 2012 
 
AFFIRMED 
 
 
 
 
 
Byron 
 P. Roberts and Rebecca Anne Roberts, both of Chapin, for Appellant. 
Ian 
 Douglas McVey and Richard C. Detwiler, both of Columbia, for Respondent. 
 
 
 
 
 
FEW, C.J.: Creative 
 Communication Services, Inc., filed suit against Travelers Property Casualty 
 Company of America alleging Travelers breached a workers' compensation 
 insurance policy.  Travelers answered and counterclaimed alleging Creative 
 Communication breached the insurance contract.  Travelers claimed an audit 
 showed Creative Communication owed $52,208.00 in additional premium.  Creative 
 Communication argued Travelers incorrectly calculated the revised premium by 
 treating its subcontractors as employees.  The jury returned a verdict in favor 
 of Travelers and awarded $3,500.00 in damages.  Travelers made a motion for a 
 new trial nisi additur.  The trial court denied the motion, and Travelers 
 appeals arguing the only damages amount the jury could have awarded is the 
 $52,208.00 additional premium.  We disagree and affirm the trial court's 
 decision to deny the motion. 
"The trial court has the power to grant a new 
 trial nisi additur when it finds the amount of the verdict to be merely 
 inadequate."  Manios v. Nelson, Mullins, Riley & Scarborough, LLP, 
 389 S.C. 126, 137, 697 S.E.2d 644, 650 (Ct. App. 2010) (internal quotation 
 marks omitted).  "The denial of a motion for additur is within the 
 sound discretion of the trial court and will not be reversed on appeal absent 
 an abuse of discretion."  Id.  "There is no abuse of 
 discretion in the trial court's denial of a motion for new trial nisi where 
 there is evidence to support the verdict."  Id.  
We find the trial court articulated a valid theory for 
 denying the motion and did not abuse its discretion because there is evidence 
 to support the verdict.  See Manios, 389 S.C. at 138, 697 S.E.2d 
 at 650 ("Although it is unclear from the record exactly how the jury 
 arrived at its verdict of $53,088, there is evidence to support an award of 
 less than $316,225."). 
Accordingly, the decision of the trial court is 
AFFIRMED. 
HUFF and SHORT, JJ., concur.